UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORJA,<br><br>   Plaintiff,<br><br> v.<br><br>UNKNOWN,<br><br>   Defendant. | Case No. 25-cv-06304-VC<br><br>**ORDER CLOSING CASE AS OPENED IN ERROR** |

Borja's July 19, 2025 letter to the Federal Pro Se Program was improvidently opened as a new civil rights case. The Federal Pro Se Program does not assist with prisoner matters. Borja's subsequent letter responding to the Clerk's notices directing him to file a complaint on the complaint form and an application to proceed *in forma pauperis* explains that he did not intend to file a new case. The Clerk is therefore directed to close this case. No fee is due.

**IT IS SO ORDERED.**

Dated: September 10, 2025

                VINCE CHHABRIA
                United States District Judge